IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Joel Leon Thomas, Jr., | No. CV18-2803 PHX DGC (ESW) |
|---|---|
| Petitioner, | **ORDER** |
| vs. | |
| USA, | |
| Respondent. | |

Petitioner Joel Leon Thomas, Jr. has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Doc. 1. Pending before the Court is Petitioner's motion for habeas corpus release. Doc. 7. United States Magistrate Judge Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the motion for habeas corpus release be denied. Doc. 19. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the motion for habeas corpus release.

**IT IS ORDERED:**

1. The R&R (Doc. 19) is **accepted**.
2. The motion for habeas corpus release (Doc. 7) is **denied**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

Dated this 4th day of April, 2019.

David G. Campbell
Senior United States District Judge